## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE:  JEFFREY MICHAEL TERRY | Case No.:    18-30479-KRH |
| | Chapter:    7 |
| | Trustee:    Harry Shaia, Jr. |

### RESPONSE TO MOTION FOR 28 U.S.C. §1927 SANCTIONS

COMES NOW, Jimmy Wayne Strickland, Creditor, (hereinafter "Strickland") by and through his counsel, Tammy L. Sossei, and files this Response to Motion for 28 U.S.C. §1927 Sanctions. In support of this Response, Strickland respectfully states as follows:

#### Facts

1)      Admitted that Strickland filed a Motion for Extension of Time and Permission to File Late Objection to Discharge (hereinafter "Strickland's Motion") on June 12, 2018, which was withdrawn on October 29, 2018.

2)      Admitted.

3)      Admitted.

4)      Admitted that Debtor's third attorney filed an objection to Strickland's Motion alleging certain defenses to the motion on June 26, 2018.  Strickland makes no admittance as to the validity of such defenses as Strickland's Motion has been withdrawn.

5)      Admitted.

6)      Admitted.

7)      Denied insomuch as it is attempting to accuse the undersigned of failing to comply with Local Rule 9013-1(F), which requires that Counsel confer prior to a hearing being scheduled. As Debtor had had a second attorney withdraw just prior to the 341 hearing in May, and the undersigned had no way of knowing whether Debtor would retain new counsel, there was no

counsel with whom to confer. As the undersigned did not want to disadvantage a possibly *pro se*
litigant, a hearing on Strickland's Motion was not scheduled at the time of its filing.

8)      Admitted.

9)      Admitted.

10)     Admitted

11)     Denied as to any insinuation that the undersigned was not responding promptly.
There was 31 minutes between the email requesting another date and the undersigned's response.

12)     Admitted.

13)     Paragraphs 13 – 16. The undersigned can neither admit nor deny Debtor or
Debtor's Counsel's beliefs or states of mind. The fact is that Mr. Foster is Debtor's third attorney.
The Court's Docket Text shows a litany of filings characteristic of a "non-standard" Chapter 7
Bankruptcy Case, including, but not limited to: multiple 341 hearings; Debtor has filed to dismiss
his case and withdrawn that filing; the US Attorney's Office has made an appearance; the Interim
Trustee has hired counsel; Debtor's prior attorney's fees were returned; and motion for relief from
stay. Review of the recorded 341 Meeting, prior to Strickland's Motion having been filed, at which
the undersigned was present would reveal that Debtor's initial reaction to the undersigned's mere
presence was adversarial. The attached text messages sent from Debtor to Strickland on June 3,
2018, are indicative of the animosity Debtor harbors toward Strickland. See attached Exhibit A.
Ergo, the undersigned can make no inferences whatsoever as to Debtor's state of mind concerning
the biased feelings toward the undersigned and Strickland.

14)     Debtor's Counsel filed the Motion for Sanctions on October 25, 2018, without a)
ascertaining the undersigned's position on the withdrawal of Strickland's Motion, nor b)
complying with Local Rule 9013-1(F) concerning the outstanding issue or the hearing date.

15)      Strickland's Motion was withdrawn on October 29, 2018.

16)      On October 26, 2018, the undersigned received an email from Debtor's Counsel, which quickly evolved into Debtor's Counsel demanding money in exchange for not filing additional motions. Email chain attached here to as Exhibit B.

17)      On November 15, 2018, the undersigned received another email from Debtor's Counsel, which again quickly evolved into Debtor's Counsel demanding money in exchange for not filing additional motions. Email chain attached here to as Exhibit C.

<u>**Argument**</u>

I.      **There is no willful bad faith or vexatious conduct.**

18)      28 USC §1927 allows the Court to punish an attorney "who so multiplies the proceedings in any case unreasonably and vexatiously…" There are no adversary proceedings in this case. Therefore, litigation has not been multiplied.

19)      In this case, the undersigned filed one motion for an extension of time in which to file another motion. The undersigned did not, without requested permission, file the outright objectionable and otherwise late objection to dischargeability. Furthermore, due to Debtor's history of firing attorneys, the undersigned did not immediately set Strickland's Motion for hearing for fear of needing to immediately have to continue it upon a newly hired attorney requesting a continuance. This was out of respect for the Court and not wanting to take advantage of an as then *pro se* litigant.

20)      When approached about withdrawing Strickland's Motion or scheduling a hearing, the undersigned's response can be summarized as not being willing to dismiss because of the history of the case. Counsel then agreed on a date. The undersigned did not notice Strickland's

Motion in the hopes that in the meantime things would sort themselves out with the Trustee's Office and/or there would be some other resolution/withdrawal to the issue.

21)     The undersigned continued to cooperate with Mr. Shaia's office in providing information concerning the assets involved in the Strickland Motion and those being sold on the internet, including providing information at Mr. Shaia's request to Mr. Shaia's attorney.

22)     The case has not been discharged, not because of any action of the undersigned, but because the Trustee has taken an interest in any proceeds that may/may not result from any malpractice action Debtor has against a prior civil attorney. Therefore, the time that this case has been pending is not the direct result of the undersigned's actions, but of Debtor's own outside claims against his own prior attorneys. There has been no delay in the case closing as a result of the undersigned's actions.

23)     Strickland's Motion was withdrawn on October 29, 2018. As noted in Exhibits B and C, Debtor's Counsel still has to have his proverbial "pound of flesh". While the Motion for Sanctions cannot be stated as unduly delaying the Debtor's case, the rationale behind the motion is certainly vexatious. Certainly, the tone of the messages to Strickland mentioning the undersigned, as well as the behavior of Debtor toward the undersigned at the 341 implies that the Motion for Sanctions may be an attempt to yet another person reimburse him for any financial outlay for his bankruptcy.

24)     Debtor's Counsel cites no authority from the 4th Circuit to provide this Court for a reasonable basis for awarding Debtor Sanctions in this case. Debtor's Counsel further cites no cases in any jurisdiction akin to the instant case, which is that two opposing counsel had different views of the law. Different views of the law are the fundamental reasons courts and judges have full dockets. It is not grounds for filing sanctions against one another.

## II.    There are no damages.

25)    Debtor's Counsel filed Disclosure of Compensation on July 13, 2018, stating that he received $600 for the representation in any dischargeability actions.

26)    No Discharageability actions have been filed in this case, nor has Debtor's Counsel filed any revised/updated Disclosure of Compensation.

27)    At this point, Debtor has been refunded the fees paid to the first two attorneys. Therefore, the entirety of the fees paid by Debtor, or on Debtor's behalf, as disclosed to the Court, for the entire Chapter 7 is $600.

WHEREFORE, your Creditor and his counsel pray that this Honorable Court dismiss the Motion for 28 USC §1927 Sanctions; and for such other and further relief as this Court deems appropriate.

Respectfully Submitted,

/s/ Jimmy Wayne Strickland
Jimmy Wayne Strickland

Date:  November 21, 2018

By:    /s/ Tammy L. Sossei, Esquire
Tammy L. Sossei, Esquire
VSB # 79085
Attorney(s) for Creditor
SOSSEI LAW, P.C.
4114 E. Parham Road, Suite C
Richmond, Virginia 23228
(804) 593-4141
(804) 510-0585 Fax

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing was served on this 21st day of November, 2018 via electronic delivery on all necessary parties.

/s/ Tammy L. Sossei
Tammy L. Sossei, Esq.

EXHIBIT

A

●●● AT&T LTE                2:45 PM                ●● ■ ●

**Dennis**                    Details

Hi Jim. Sorry about your fall.
Should drink so much. What
was you BAC upon admission?
Anyway heard you had taken a
personal interest in my
otherwise uninteresting
bankruptcy case.

Unlike your...what was it...four?
Mine is legitimate!

You should put your interests
somewhere...more...productive..
  sorry my Claim popped up like
that it's a long story....I feel for
you. .must be twisting in the
wind...yikes! Hats what happens
when you shame the innocent.

About 23 months it took to
unbury your dirt...but it was
worth it and we're ready. So
next time you think about using
that lying tongue of
yours....don't. This hornets' nest
is not a play-thing.

●●● AT&T LTE         2:46 PM         ▣ ▪ ▪

◁          ⊿ (8)   **Dennis**          Details

You sure have been busy!!! But
don't forget, I was the first to
Court, I've expanded the scope
and breadth of this Court, and
I'll be the last one standing.
Facts don't lie and you have a
lot of questions and people to
answer to. I'm glad I'm not
you!!!!

I wish I believe you were a
praying man because some
praying - for forgiveness - would
help you, but probably too late.

All these poor people Jim. And
for what purpose? People from
when before I was born. Were
you born bad?

Sorry, let me stick to my point,
don't utter my name. You really
ought not. Look at the mess
you've got yourself in already! If
I had know you were a one trick,
crooked pony, I'd of stayed as
far away from you as possible.

◻                                    ◍



what so can't help but wonder. Shame on you.

No Tammy's now Thomas's can help you now, they'd just be accomplices anyway. Your a mess.

Stop spinning your wheels, I can almost hear them! There's no way to get out this time. Though of that already.

Give yourself up. Jesus.

Hahaha.

●●● AT&T LTE                    2:45 PM                    ● ■

Dennis                                                    Details

Trusting too easily is what I've
learned. That's about it, Jim.

Too bad you couldn't learn
some simple honesty and
kindness from me. Then again,
after a lifetime of UGLY
WRONGS, probably can't teach
you anything meaningful. And
no, you don't have to fear me,
Jim, I'm not a violent person,
you know that. You should fear
yourself and your own
wrongdoings. They DO have a
way of catching up with you.
Don't you hear the bells, Jim,
their ringing all around you.
You'll thank me later for telling
you to back of and I don't know
- go bake something.

CERTAINLY you do whatever it is
you like! Come on over Tuesday
and join in the festivities! Print
this message too! I'm happy to
elaborate!!!

●●● AT&T LTE          2:45 PM                  ⊙ ■

                      **Dennis**              Details

I have a few guests of my own.
Some of them you may
remember! Some of them not. I
keep losing why don't I just give
up? Karma's a bitch isn't she
Jim!?

I don't give up because I'm no
patsy and winners don't give up,
you know that. It's not in my
blood to let a crooked pony run
the streets wild. [?]

Sleep tight!

And should it cross your mind
that you are in the mood to
apologize for two years worth of
shenanigans starring you and
yourself, then speak up. Never
too late to say you're sorry to
someone you needlessly hurt.

Does Deborah know what
happened to all of the martial
assets?

●●● AT&T LTE          2:45 PM          ▦ ▪ ▸

Dennis

Not a problem got most of their
addresses here.

Those aren't replacements to
are the they?

We can have Luper be sure. You
won't mind I wouldn't imagine.

Coates might like to hear it from
you that he helped you by
representing you cover up a
crime that'll come up. What
else?

I've got all that taken care of.
Ms. Trenchfield it is!!!!

Just print about thirty "I'm
sorry" letters sign them and
drop them in the mail....may
save you time.

The facts don't lie Jim. Pushing
and screaming your days of
scamming are OVER.

●●● AT&T LTE          2:46 PM                    ●  ■  ›

                      **Dennis**

Call me a liar once more. I dare
you. I'll show just how not one I
am.

Ttyl.

And before you go apologizing
to me know that regardless
what we've put together on you
gets finished getting out this
time.

It took a long long time getting
this all together since you sued
me trying to answer one
question: why? And I have a
pretty good idea. Did you think it
would backfire so badly that's
what so can't help but wonder.
Shame on you.

No Tammy's now Thomas's can
help you now, they'd just be
accomplices anyway. Your a
mess.

**Tammy Sossei**

EXHIBIT
B

| | |
|---|---|
| **From:** | Eamonn Foster <efoster@lawfirmvirginia.com> |
| **Sent:** | Friday, October 26, 2018 3:24 PM |
| **To:** | Tammy Sossei |
| **Subject:** | Re: Strickland contact |

I spoke with my client. He is glad to hear that you finally have agreed to withdraw the motion. But he is disconcerted that it took this much effort to get to this point. I know Shannon Pecoraro informed you before you filed that the motion was late. I know I filed an objection that got the very positive attention of Mr. Shaia. I know that I have asked you for months to withdraw the motion with the threat that I'd be seeking attorneys fees. And I know that your efforts have led to my indigent client taking on additional attorney's fees to respond to your aggressive and irresponsible motion.

My attorney's fees at this point, just in connection with your motion, are in excess of $1,800. My client is willing to withdraw his sanction motion IF you withdraw your motion and agree to pay $600 in attorney's fees. That's a considerable discount, considering my fees will likely go up if I have to attend a hearing on the various motions, and any continuances which might come. It will also avoid any sanctions the court might impose sua sponte.

If you agree to these terms, then both gentlemen can walk away and consider this disastrous situation behind them. Discuss it with your client. Then please respond to me by the close of business Friday, November 2, 2018.

Enjoy your weekend.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone


The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.

On Oct 26, 2018, at 3:05 PM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:

> Mr. Foster,
>
> I have been nothing other than polite to you, while you have accused me of "trolling", which the urban dictionary advises is distinctly other than polite.
>
> Concerning your purported offer, I'm not in the office; however, I will provide the  texts from Mr. Terry to Mr. Strickland early on attempting to bully Mr. Strickland into dropping the issue.  I think better part of valor is for both of these gentlemen to simply go their separate ways.  I will withdraw the Objection.
>
> Enjoy your weekend.
>
> Tammy L. Sossei, Esquire

Sent from my iPhone

On Oct 26, 2018, at 2:30 PM, Eamonn Foster <efoster@lawfirmvirginia.com> wrote:

I'm not asking you to speculate about your client's reasons. I do expect you to have a frank conversation with your client about why he called my client, and then I politely ask that you let me know if there is anything that I can do about it. It's not difficult. I did not expect this situation to take this long to resolve.

You keep mentioning professionalism and civility. Other than your mentioning it, I haven't seen you be a bit professional or civil to me and my client. Professionalism and civility are not shields to use to protect you when you have not conducted yourself appropriately. They are a requirement that you behave in a particular manner when addressing opposing counsel.

As for professional behavior, I was the attorney who reached out to you to schedule a hearing on YOUR motion. I was the one who asked you to set that hearing date. I was the one who waited patiently for you to do as had been agreed. And I was the one who brought to your attention that your client has violated multiple federal laws and the court order.

You, on the other hand, have filed a frivolous motion without the intention of following it through. While I may have pointed that out, such an act can hardly be unprofessional. You dragged this out unnecessarily and without good cause. You were the first to be curt, patronizing, and dishonest in your communications to me. You continue to refuse to communicate in a courteous manner to me, by wrenching ridiculous meanings from what I write, instead of addressing the failings of your client. And you still are the one leaving this case on the hook.

You were so free with advice early on, so let me give you my advice: pay my attorney's fees and withdraw the motion to extend the deadline. That's the second time I have made this offer. I expect a response by the close of business next Friday, November 2, 2018.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone


The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.

On Oct 26, 2018, at 1:21 PM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:

Mr. Foster,

I politely responded to your email. I have no idea what most of your latest response means, other than it does not appear to be meant in a kind or professional manner.

As to a missed phone call, who knows. I refuse to jump to conclusions about what quite frankly may have been an issue of hitting the wrong button.

Enjoy your weekend.

Tammy L. Sossei, Esquire
Sent from my iPhone

On Oct 26, 2018, at 1:06 PM, Eamonn Foster <efoster@lawfirmvirginia.com> wrote:

> To confirm, your client made an unsolicited contact to my client, who is protected by the federal bankruptcy automatic stay, as well as the fair debt collections practices act, and your initial response is to misinterpret my comment and to clarify the obvious? Are you trolling me with your responses?
>
> If I were you, I would start with an apology, and an answer to the question asked. I will repeat my question, so that you don't get lost: is there any particular reason your client called mine?
>
> Eamonn Foster, Esq.
> Woehrle, Dahlberg, Jones and Yao, PLLC
> P: 540-898-8881 (Fredericksburg)
> P: 804-261-2694 (Richmond)
> Sent from my iPhone
>
>
> The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.
>
> On Oct 26, 2018, at 12:55 PM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:
>
> > Mr. Foster,

Thank you for advising me that Mr. Terry's phone received a call from Mr. Strickland's phone. I assure you there is nothing that you personally can do for Mr. Strickland as he is represented by counsel in all matters.

Tammy L. Sossei, Esquire
Sent from my iPhone

On Oct 26, 2018, at 11:38 AM, Eamonn Foster <efoster@lawfirmvirginia.com> wrote:

> Is there any particular reason your client called my client today? I have a screenshot of his incoming call to my client's cell phone at 11:25 am this morning. Please let me know if there is something that I can assist him with.
>
> Eamonn Foster, Esq.
> Woehrle, Dahlberg, Jones and Yao, PLLC
> P: 540-898-8881 (Fredericksburg)
> P: 804-261-2694 (Richmond)
> Sent from my iPhone
>
>
> The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute,

4

copy, transmit, or share
any of the information
contained herein.
Please notify the sender
immediately by email if
you have received this
by mistake and delete
this email. Thank you.

EXHIBIT

C

**Tammy Sossei**

| | |
|---|---|
| **From:** | Eamonn Foster <efoster@lawfirmvirginia.com> |
| **Sent:** | Thursday, November 15, 2018 3:13 PM |
| **To:** | Tammy Sossei |
| **Subject:** | Re: Strickland calls again |

Dec. 12, at noon, as you had advised. I take no pleasure in your consternation. I now know without a doubt what kind of attorney you are. I suspected it all along, but I have no hope now.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone

The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.

On Nov 15, 2018, at 3:10 PM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:

Mr. Foster,

Please kindly advise me as to what date you will be rescheduling your motion for sanctions.  Many thanks.

Regards,

Tammy L. Sossei, Esquire
SOSSEI LAW, PC
4114 E. Parham Road
Suite C
Richmond, Virginia 23228
ph: (804) 593-4141
fax: (804) 510-0585
email:  tammy.sossei@sosseilaw.com
website:  www.sosseilaw.com
Facebook:  https://www.facebook.com/TammySosseiEsquire/

**The firm congratulates Tammy Sossei on her selection
as a 2018 SuperLawyer – Rising Star.**

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachment(s) may constitute an attorney-client communication or contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not the addressee or intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and destroy it without copying it, and notify the sender by reply e-mail.  Nothing in this email or any document attached hereto shall constitute an electronic signature within the meaning of the Uniform Electronic Transactions Act or any other applicable law. This email is not encrypted, and information provided in this email may be electronically altered.

Circular 230 Notification:   Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Eamonn Foster <efoster@lawfirmvirginia.com>
**Sent:** Thursday, November 15, 2018 3:08 PM
**To:** Tammy Sossei <tammy.sossei@sosseilaw.com>
**Subject:** Re: Strickland calls again

Can you seriously not make any effort to resolve the mess you made? You cause harm unnecessarily, I have given you opportunity after opportunity. You have attempted in the past to prove what kind of attorney you are. And time and time again you have shown what kind of attorney you are.

If you cannot make any reparations to my client, then I will modify the court date to an amenable time when I can show the court just the kind of attorney you are. If, however unlikely, you can make an offer to me, then there might not be a need for any hearing whatsoever.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone

The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.

On Nov 15, 2018, at 12:55 PM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:

Mr. Foster,

Please kindly advise me as to what date you will be rescheduling your motion for sanctions. Many thanks.


Regards,

Tammy L. Sossei, Esquire
SOSSEI LAW, PC
4114 E. Parham Road
Suite C
Richmond, Virginia 23228
ph: (804) 593-4141
fax: (804) 510-0585
email:  tammy.sossei@sosseilaw.com
website:  www.sosseilaw.com
Facebook:  https://www.facebook.com/TammySosseiEsquire/

**The firm congratulates Tammy Sossei on her selection
as a 2018 SuperLawyer – Rising Star.**


CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachment(s) may constitute an attorney-client communication or contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not the addressee or intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and destroy it without copying it, and notify the sender by reply e-mail. Nothing in this email or any document attached hereto shall constitute an electronic signature within the meaning of the Uniform Electronic Transactions Act or any other applicable law. This email is not encrypted, and information provided in this email may be electronically altered.

Circular 230 Notification:  Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.


**From:** Eamonn Foster <efoster@lawfirmvirginia.com>
**Sent:** Monday, November 12, 2018 7:41 PM
**To:** Tammy Sossei <tammy.sossei@sosseilaw.com>
**Subject:** Re: Strickland calls again

I've spoken with my client, who informed me that Mr. Strickland is not financially solvent and is very likely in worse shape that Mr. Terry is. You mentioned that so far you

were representing your client pro bono (or at least you intoned as much). So, let me ask you, what can you do to make this all go away? I agree that these two need to part ways, but your careless and unwarranted actions caused harm.

As an officer of the court, You should be held to a higher standard and take responsibility for your actions. I take no pride in seeking sanctions for my client's behalf, but you have left me little choice and offered no solutions. Please, make an offer to resolve all of the issues between these gentlemen.

Thank you.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone

The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.

On Nov 8, 2018, at 10:34 AM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:

> Mr. Foster,
>
> I advised you in my email of October 25, at 4:17 that I was not available on November 28, due to previously scheduled trials in Henrico all day. Your email of October 26, at 3:24 refers to "additional continuances that might come". In any case, I am available on December 12 or January 23.
>
> Thank you.
>
>
> Regards,
>
> Tammy L. Sossei, Esquire
> SOSSEI LAW, PC
> 4114 E. Parham Road
> Suite C
> Richmond, Virginia 23228
> ph: (804) 593-4141
> fax: (804) 510-0585

email: tammy.sossei@sosseilaw.com
website: www.sosseilaw.com
Facebook: https://www.facebook.com/TammySosseiEsquire/

**The firm congratulates Tammy Sossei on her selection
as a 2018 SuperLawyer – Rising Star.**


CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachment(s) may constitute an attorney-client communication or contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not the addressee or intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and destroy it without copying it, and notify the sender by reply e-mail. Nothing in this email or any document attached hereto shall constitute an electronic signature within the meaning of the Uniform Electronic Transactions Act or any other applicable law. This email is not encrypted, and information provided in this email may be electronically altered.

Circular 230 Notification: Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.


**From:** Eamonn Foster <efoster@lawfirmvirginia.com>
**Sent:** Wednesday, November 7, 2018 8:05 AM
**To:** Tammy Sossei <tammy.sossei@sosseilaw.com>
**Subject:** Re: Strickland calls again

I thought the better part of valor was that these two should part ways. Are you going to hold your client to that? Or are you going to force me to let the court decide this matter, increasing my attorney's fees and costs unnecessarily? Again.

If you are going to force me to litigate this simple and resolvable issue, what dates do you have available for a hearing? Of the upcoming available dates, I am available 11/28, and 1/9/19. If you are unavailable for either of these dates, please let me know what dates you are

5

available for, and I will see what I can do to accommodate you. But please understand I will set a hearing date; I will not let this languish for months and months without end.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone

The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if you have received this by mistake and delete this email. Thank you.

On Nov 6, 2018, at 5:12 PM, Tammy Sossei <tammy.sossei@sosseilaw.com> wrote:

> Mr. Foster,
>
> Thank you again for advising that it appears that Mr. Strickland's phone contacted Mr. Terry's phone. Without proof that there was an intention to call or any subsequent conversation related to the collection of a debt, I don't know that there is any violation. As text messages will show, Mr. Terry has threatened Mr. Strickland in the past.
>
> It has been clear from Mr. Terry's behavior toward me & his text messages to Mr. Strickland that there is more ill will in this case than necessary. The tone of your emails suggests that this ill will colors any professional relationship toward me. Your latest demand is respectfully declined.
>
> As I've advised you in the past, I am not available on November 28, having had hearings scheduled in Henrico for more than six months. Should you choose to proceed with your already filed motion for sanctions, I will file a response.
>
> Thank you and enjoy your evening.
>
> Regards,

Tammy L. Sossei, Esquire
SOSSEI LAW, PC
4114 E. Parham Road
Suite C
Richmond, Virginia 23228
ph: (804) 593-4141
fax: (804) 510-0585
email: tammy.sossei@sosseilaw.com
website: www.sosseilaw.com
Facebook: https://www.facebook.com/TammySoss
eiEsquire/

**The firm congratulates Tammy Sossei on her selection as a 2018 SuperLawyer – Rising Star.**

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachment(s) may constitute an attorney-client communication or contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not the addressee or intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and destroy it without copying it, and notify the sender by reply e-mail. Nothing in this email or any document attached hereto shall constitute an electronic signature within the meaning of the Uniform Electronic Transactions Act or any other applicable law. This email is not encrypted, and information provided in this email may be electronically altered.

Circular 230 Notification: Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Eamonn Foster <efoster@lawfirmvirginia.com>
**Sent:** Monday, November 5, 2018 2:11 PM
**To:** Tammy Sossei <tammy.sossei@sosseilaw.com>
**Subject:** Strickland calls again

Ms. Sossei,

I'm sure you tire of hearing from me, but I hope you can imagine the frustration my client feels.

Your client, Mr. Jim Strickland, has contacted my client, Jay Terry, yet again. We have verified that he called my client twice now. Both you and your client know that I represent Mr. Terry. This is a violation of the fair debt collections practices act and the automatic stay. I warned you last time about this. Let this be fair warning that I will be filing a FDCPA and automatic stay violation on my client's behalf. Unless something can be worked out resolving all of the issues. I propose a payment of $1,500 immediately and a guarantee that your client will not reach out to my client ever again. I will withdraw my sanctions motion and will withhold filing any other action on my client's behalf. As you know, both phone calls to my client carry a $1,000 penalty each, plus attorney's fees and costs. $1,500 is a reasonable offer, considering all that you and your client face in this matter.

Please let me know by the close of business tomorrow. Otherwise, I will prepare and file my actions on my client's behalf.

Eamonn Foster, Esq.
Woehrle, Dahlberg, Jones and Yao, PLLC
P: 540-898-8881 (Fredericksburg)
P: 804-261-2694 (Richmond)
Sent from my iPhone

The information contained in and attached to this email message is intended solely for the use of the party to whom it is addressed, and it contains privileged and confidential information protected by the laws of the State of California and the Commonwealth of Virginia. If you are not the intended recipient of this email message, you should not disseminate, distribute, copy, transmit, or share any of the information contained herein. Please notify the sender immediately by email if

you have received this by mistake and delete this email.
Thank you.